In the Matter of the Application of JAMES C. AMES and Others, Respondents, Appellants, against GODCHAUX SUGARS, INC., Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of HARRY F. STIX and Others, Copartners, etc., Respondents, Appellants, against GODCHAUX SUGARS, INC., Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

ARTHUR H. VAN PELT v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Martin, JJ.

JAMES A. JENNINGS COMPANY, INC., v. ST. PIUS ROMAN CATHOLIC CHURCH and Another, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ALMA P. HARVEY, as Ancillary Executrix, etc., of GEORGE HARVEY, Deceased, v. GUARANTY TRUST COMPANY, Impleaded with Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay, pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon defendant Guaranty Trust Company filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Martin, Merrell, O'Malley and Sherman, JJ.

DAISY ERB and Another v. LOUIS LEAVITT and Another.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

OSCAR DANIELS COMPANY v. J. C. BROWNSTONE & COMPANY and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Arbitration between NATHANIEL S. SHAPIRO and Another and THE DECO EXPORT CO., INC.— Motion for reargument or for leave to appeal denied, with ten dollars costs. Motion for a stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy and Sherman, JJ.

UNITED STATES CASUALTY COMPANY v. WALTER KIDDE & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

JAMES CONROY v. GUS SPERL.— Motion denied. Present — Finch, Merrell, McAvoy and Martin, JJ.

ISIDORE SIEGELTUCH and Others v. CHARLES R. ROGERS and Another.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

HARRY SCHULMAN, an Infant, etc., v. SOLOMON GOLDSTEIN. LOUIS SCHULMAN v. SOLOMON GOLDSTEIN.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

In the Matter of JOSEPH W. HEIMSOTH, an Attorney.— Motion denied. Present — McAvoy, Martin, O'Malley and Sherman, JJ.